IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAUL WILLIAMS,

    Plaintiff,

v.

CHATHAM COUNTY SHERIFF'S
OFFICE, SGT. A. GUTHRY, and
OFFICER D. GORDON,

    Defendants.

CASE NO. CV418-266

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 8). In the report and recommendation, The Magistrate Judge recommends that Plaintiff's complaint should be dismissed because Plaintiff failed to properly exhaust his administrative remedies before filing this action. (Doc. 7.) In his objections, Plaintiff vaguely alleges that he spoke with different people at the jail about his complaint and that he was provided with a form to file this action in response. (Doc. 8.) Plaintiff contends that the Court should construe this sequence of events as an "oral contract [and] also final resolution to my grievance." (Id.)

After careful review, the Court finds that Plaintiff's showing is insufficient to show that he fully exhausted his

administrative remedies before filing this suit. Plaintiff has not provided a single indication that a final determination was made with respect to his complaint and the Court is unable to infer that his administrative remedies were fully exhausted simply because he spoke with members of the jail's staff and received a form to file suit in this Court. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of February 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA